IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RAMADAN MUHAMMED ABDELSALEM; BORAK AHMED ALAGHA; and HASHEM AHMED ALAGHA<br><br>PLAINTIFFS,<br><br>V.<br><br>ANTONY J. BLINKEN, *in his official capacity as Secretary of State*<br><br>LLOYD J. AUSTIN III, *in his official capacity as United States Secretary of Defense*<br><br>DEFENDANTS. | CIV ACTION NO.: 1:23-CV-2233 |

**EMERGENCY COMPLAINT FOR
DECLARATORY AND INJUNCTIVE RELIEF**

COMES NOW, Plaintiffs RAMADAN MUHAMMED ABDELSALAM, BORAK AHMED ALAGHA, and HASHEM AHMED ALAGHA, by and through undersigned counsel, who hereby submit the following Complaint, stating the following:

**JURISDICTION AND VENUE**

1. This case arises under the United States Constitution, 42 U.S.C. § 1983, and the laws of the United States and presents a federal question within this Court's jurisdiction pursuant to the United States Constitution 28 U.S.C. § 1331. This Court may also exercise jurisdiction under the Administrative Procedures Act, 5 U.S.C. §§ 702-704, and the Declaratory Judgment Act 28 U.S.C. § 2201.

1

2. Venue is proper in the Southern District of Indiana pursuant to 28 U.S.C. § 1391(e) because the Defendants are officers or agencies of the United States, no real property is involved in this action, and Plaintiff Abdelsalem resides within this judicial district.

**THE PARTIES**

3. Plaintiffs RAMADAN MUHAMMED ABDELSALEM, BORAK AHMED ALAGHA, and HASHEM AHMED ALAGHA are United States Citizens of Palestinian ethnicity. They are currently trapped abroad in the Gaza Strip in an active war zone where they are under imminent threat of death or serious bodily injury. On information and belief, they are not alone among U.S. Citizens also in grave danger. However, they have lost any effective means of regular communication with the outside world.

4. Defendant ANTONY BLINKEN ("Blinken") is the United States Secretary of State and, as the head of the United States Department of State ("State Department"), is the senior diplomatic officer of the United States. Blinken is responsible for providing consular and other services to United States Citizens traveling abroad as well as decisions of the United States government for the evacuation of U.S. citizens abroad during times of crisis. In this case, there has been no Noncombatant Evacuation Order ("NEO"). This type of operation is normally implemented during a crisis or war to evacuate U.S. Citizens and their families from abroad and to secure their return to the United States.

5. Defendant LLOYD J AUSTIN III ("Austin") is the United States Secretary of Defense and, next to the President of the United States responsible for civilian control of the United States Military and the U.S. Department of Defense ("Defense Department"). In his capacity he directs all branches of the military and is responsible for military strategy of the U.S.

government. Austin is responsible for executing any NEO to evacuate U.S. Citizens and their families from areas under siege or war around the world in conjunction with co Defendant Blinken.

## EXHAUSTION OF REMEDIES

6. Plaintiffs have exhausted his available administrative remedies, as there are no remedies outside of judicial action where a federal constitutional violation is alleged. It is well settled that exhaustion of remedies is not required if it would be futile. *See, e.g. American Arab Anti-Discrimination Committee v. Reno* 10 F.3d 1045, 1058 (9th Cir. 1995); *see also Ruiz v. Mukasey,* 269 Fed. Appx. 616, 618 (9th Cir 2007). Furthermore, exhaustion of remedies is not required if there would be irreparable harm. *Richardson v. Reno*, F. Supp., 1998 WL 74229 * 3 (S.D. Fla. February 13, 1998); *Peralta Veras v. Ashcroft* (E.D.N.Y. 2002). No action or any other request has been made in Federal or any other Court to review the Complaint herein.

## FACTUAL BACKGROUND

7. Plaintiffs reallege the allegations in paragraphs 1-6 inclusive as if fully set forth herein.

8. This lawsuit challenges the constitutionality of the U.S. Government's actions/failure to act to protect United States citizens trapped in Gaza, Palestine, an active war zone. Their lives are in grave danger from ongoing military action and violence in which they are non-combatants. This lawsuit is by no means an attempt to interfere with the armed conflict in Israel and Palestine. This action seeks only to compel a governmental agenc(ies) to initiate evacuation efforts and secure the safety and well-being of its citizens on equal terms to other non-combatants in the same war zone.

9. U.S. Citizens, including Plaintiffs, are being subjected to trauma, both physical and mental, and have witnessed fellow family members or relatives being killed or seriously injured in the ongoing war in the Gaza Strip.

10. On October 11, 2023, the State Department declared that Gaza was unsafe and issued a travel advisory for U.S. citizens traveling there. Unfortunately, there were already U.S. citizens in Gaza who had no prior notice of or the ability to flee the violence.[1]

11. There are far too many press reports to cite regarding the bombardment of civilian installations in Gaza and the inability of people to flee.[2]

12. Plaintiffs' family members in the United States contacted the Arab American Civil Rights League ("ACRL") for assistance in evacuating Plaintiffs from Gaza. The State Department has advised both Plaintiff Abdelsalem's wife and the ACRL that it would not engage in evacuation efforts, procedures, and or processes to safely evacuate U.S. citizens in Gaza. These statements, especially given the ongoing bombardment and utter destruction of the area—constitute final agency action which is arbitrary and capricious. See **Exhibit A** – *Declaration of Susan Abdelsalem*. Plaintiff Abdelsalem's wife has not been able to get the State Department to approve her husband's exit from Gaza, a prerequisite to being added to the Exit List to travel out of Gaza through the Rafah crossing.

13. Department of State officials have advised Plaintiffs Borak and Hashem Alagaha's cousin that they have been approved for evacuation, yet they have not facilitated Plaintiffs names

---

[1] **DOS Travel Advisory**: https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/israel-west-bank-and-gaza-travel-advisory.html

[2] *As Israel bombards Gaza, Palestinians attempt to flee, only to discover nowhere is safe*, PBS Newshour, https://www.pbs.org/newshour/nation/as-israel-bombards-gaza-palestinians-attempt-to-flee-only-to-discover-nowhere-is-safe. (October 11, 2023)

4

being added to the Exit List by the governments of Egypt and Israel. See **Exhibit B** – *Declaration of Yasmeen Elagha*. Without being added to the Exit List, Plaintiffs Borak and Hashem are unable to leave the Gaza Strip through the Rafah crossing despite their approval to leave by the State Department. *Id.*

14. Presently, 61% of the deaths in Gaza are civilians, and estimates of the civilian casualties in Gaza are over 17,000 and growing by the day.[3]

15. The Gaza Strip is surrounded by an ongoing naval blockade making escape by sea impossible. Borders to Egypt and Israel have been closed or only intermittently open and have also been subject to bombing and other attacks by IDF. Active fighting is ongoing and blocking routes from population centers to the Rafah border crossing, currently the only means of escape.

16. U.S. Citizens have already been reported dead from aerial bombardment and a brutal ground invasion by Israeli Defense Forces. Upon information and belief, hundreds of U.S. Citizens, including the Plaintiffs, will be subject to assault, attack, bombardment, dismemberment, and death if they attempt to escape through any route out of population centers.

17. According to press reports, Israeli Defense forces have drastically intensified attacks on Gaza's population centers. Water, electricity, food and medical supplies have been prevented from entering the affected area. Hospitals have been damaged and are unable to treat patients as they are either over capacity or have been completely demolished.

---

[3] *Gaza Death Toll Tops 17,700 and Yemen Rebels Threaten to Ship Traffic to Israel*, https://apnews.com/article/israel-hamas-war-live-updates-12-09-2023-e06fcf11a1e2fb864909418eab127116 The Associated Press (Dec. 9, 2023); and *Civilians Make UP 61% of Gaza Deaths from Airstrikes, Israeli Study Finds*, https://www.theguardian.com/world/2023/dec/09/civilian-toll-israeli-airstrikes-gaza-unprecedented-killing-study. The Guardian (Dec. 9, 2023).

18. Over 1.8 million civilians have been forced into densley populated shelters where rates of infectious and hygiene related diseases are rampant. Bacterial infections and diseases such as dysentry, typhoid, and polio aare beginning to spread. Over 96% of the water has been deemed unfit for human consumption. Over 20,000 cases of upper respiratory infections were registered in the first week of December alone, in comparison, the Gaza strip records only 2,000 cases per month previously. "Over 5,000 cases of chicken pox, 18,000 cases of skin rashes, 10,000 cases of scabies, and tens of thousands of cases of severe influenza."[4] Additionally, hepatitis C has been confirmed in various areas and is rapidly spreading.

19. The handful of UN Convoys allowed to enter Gaza, an area with a population of over half a million people, has yet to reach Plaintiffs.[5] Electricity is scarce, and the cost of available electricity has surged making it impossible for Plaintiffs to access and afford electricity, effectively rendering their mobile phones useless. They have also been subject to intermittent blackouts and inability to communicate with the outside world. The policy lead for Oxfam has said "the situation in Gaza is not just a catastrophe, it's apocalyptic."[6]

20. While the United States claims to be unable to evacuate its citizens from Gaza, at least 14 other countries are engaged in active efforts to evacuate their citizens from the war zone:

    a. **Australia** –SBS News. *Government Secures More Evacuation Flights for*

---

[4] Office for the Coordination of Humanitarian Affairs (OCHA). ***Epidemics and Infectious Diseases Used by Israel to Intensify its Genocide in Gaza.*** OFFICE FOR THE COORDINATION OF HUMANITARIAN AFFAIRS ( Dec. 10, 2023) https://reliefweb.int/report/occupied-palestinian-territory/epidemics-and-infectious-diseases-used-israel-intensify-its-genocide-gaza-enar

[5] Bassam Masoud and Nida Al-Mughrabi, ***Israel Increases Gaza Strikes, UN Decries 'Humanitarian Nightmare'.*** REUTERS, (Dec. 8, 2023, 5:11 PM CST), https://www.reuters.com/world/middle-east/us-criticizes-israel-gaza-civilian-toll-un-hear-ceasefire-demand-2023-12-08/;

[6] Yasmine Salam, ***Hunger, Thirst and Chaos in Southern Gaza as Hostilities Drive Humanitarian Aid to the Brink of Collapse.*** NBC NEWS, (Dec. 10, 2023, 9:08 AM CST), https://www.nbcnews.com/news/world/hunger-thirst-chaos-southern-gaza-rcna128687

    *Australians Stranded in Israel.* SBS NEWS, (Oct. 16, 2023, 10:38 AM), www.sbs.com.au/news/article/government-secures-more-evacuation-flights-for-australians-stranded-in-israel/svh8xb0cd.

b. **Brazil-** *Brazil's Lula Welcomes Citizens Rescued from Gaza, Condemns 'Inhumane Violence'* REUTERS (Nov. 14, 2023), https://www.reuters.com/world/brazils-lula-welcomes-citizens-rescued-gaza-condemns-inhumane-violence-2023-11-14/.

c. **Canada** – *Canada Planning to Send Evacuation Aircraft for Canadians in Israel*, REUTERS (Oct. 10, 2023, 6.19 PM), https://www.reuters.com/world/americas/canada-planning-evacuate-canadians-israel-coming-days-foreign-minister-2023-10-10/.

d. **Cyprus** – *Cyprus Offers Transit for Foreign Evacuees From Israel*, AGENCE FRANCE PRESSE (Oct. 10, 2023), https://www.barrons.com/news/cyprus-offers-transit-for-foreign-evacuees-from-israel-6d474bc1.

e. **Denmark** – Ajeyo Basu, *Denmark Airforce to Evacuate Citizens From Israel, Palestine*, FIRSTPOST (Oct. 11, 2023 4:29 PM), https://www.firstpost.com/world/denmark-airforce-to-evacuate-citizens-from-israel-palestine-13234762.html.

f. **Greece**– Hellenic Republic Minstry of Foreign Affairs, *Announcement by the Minstiry of Foreign Affaris on the Repatriation of Greek Citizens from Israel and the Palestinian Territories (Athens, 08.10.2023)*, HELLENIC REPUBLIC MINSTRY OF FOREIGN AFFAIRS (Oct. 08, 2023), https://www.mfa.gr/en/current-affairs/statements-speeches/announcement-by-the-ministry-of-foreign-affairs-on-the-repatriation-of-greek-citizens-from-israel-and-the-palestinian-territories-athens-08102023.html.

g. **Kazakhstan** – Dana Omirgazy, *Kazakh Nationals Return Home From Israel*, THE ASTANA TIMES (Oct. 11, 2023), https://astanatimes.com/2023/10/kazakh-nationals-return-home-from-israel/.

h. **Italy** – Baris Seckin, *200 Italian Citizens Stranded in Israel Return Home*, AA (Oct. 10, 2023), https://www.aa.com.tr/en/middle-east/200-italian-citizens-

7

stranded-in-israel return-home/3014450#.

i. **Mexico** –Tyt Newsroom, *Mexico Evacuates More Than 270 Citizens From the Israeli-Gaza War*, THE YUCATAN TIMES (Oct. 11, 2023).

j. **Poland** –*First Military Flights Evacuating Poles From Israel Arrive in Warsaw*, NOTES FROM POLAND (Oct. 9, 2023), https://notesfrompoland.com/2023/10/09/first-military-flights-evacuating-poles-from-israel-arrive-in-warsaw/.

k. **South Korea** –Hyun Young Yi, *South Koreans Share Relief, Chaos After Return From Israel*, REUTERS (Oct. 11, 2023), https://www.reuters.com/world/asia-pacific/flight-carrying-south-koreans-tel-aviv-arrives-home-2023-10-10/.

l. **Switzerland** –*Third Swiss Repatriation Flight From Israel Arrives in Zurich*, SWI SWISSINFO.CH (Oct. 13, 2023, 9.14 AM), https://www.swissinfo.ch/eng/business/third-swiss-repatriation-flight-from-israel-arrives-in-zurich/48886930.

m. **Ukraine** - Ukrainska Pravda, *First 200 Ukrainians to be Evacuated From Israel to Romania on Saturday*,YAHOO!NEWS (Oct.12,2023), https://news.yahoo.com/first-200-ukrainians-evacuated-israel-144858098.html?fr=sycsrp_catchall.

n. **United Kingdom** – (Sean Seddon, *UK Arranges Flights For Britons Stranded in Israel*, BBC (Oct. 12, 2023), https://www.bbc.com/news/uk-67091170.

21. The U.S. Government, while denying its citizens trapped in Gaza *any* evacuation services, has offered humanitarian flights to U.S. Citizens out of Israel. See, ***U.S. Offering Evacuation Flights From Israel For American Citizens Amid Hamas War***. Forbes (12 Oct. 2023) www.forbes.com/sites/mollybohannon/2023/10/12/us-offering-evacuation-flights-from-israel-for-american-citizens-amid-hamaswar/?sh=381d5fb54cc9

8

22. A partial list of instances since 1975 of when the U.S. has mobilized the military and disaster relief agencies to evacuate U.S. Citizens from active war zones or from similar dangerous situations during times of war/armed hostilities:

    a. Vietnam, 1975
    b. Lebanon, 1976
    c. Iran, 1981
    d. Bosnia, 1992
    e. Kosovo, 1999
    f. Iraq War (Various, including during initial hostilities)
    g. Libya, 2011
    h. Egypt, 2011
    i. Syria, 2014
    j. Afghanistan, 2021

23. Between 2001 and 2006, the United States conducted over 80 evacuations of U.S. citizens abroad. See *United States Government Accountability Office, GAO-07-893 U.S. Evacuations from Lebanon, at 3 (July 7, 2007)*.

24. Despite successful evacuations by other countries, the U.S. persists with its refusal to evacuate a single citizen from Gaza since the commencement of the war on October 10 despite the active and ongoing pleas of those stuck in Gaza, their family members, and various organizations.

25. Plaintiffs' family members and supporting organizations have made desperate attempts - pursuing every possible avenue of assistance - to get Plaintiffs out of Gaza.

26. Plaintiffs are now trapped with little possibility of escape from the violence and carnage that is, and will continue, to ensue in Gaza.

27. Plaintiff Abdelsalem has tried to leave Gaza three times but has been told he has to have a "number," ostensibly referring to the Exit List. His wife filled out the Crisis Intake form at the start of the war, and called the State Department only to be told that the Exit List for

9

those who can cross the Rafah border is not in their control.  Plaintiff Abdelsalem is now sheltering in place with at least 12 other people and has run out of all his medication.  His wife calls her congressional representative about three times a week to no avail.  See **Exhibit A**.  Plaintiff Abdelsalem's plight has also been featured on an ABC News story regarding the hundreds of U.S. citizens still stuck in Gaza.  See *American families holding out hope for US to help those stuck in Gaza,* https://abcnews.go.com/US/video/american-families-holding-hope-us-stuck-gaza-105510562 ABC News (December 8, 2023).

28.     Plaintiffs Borak and Hashem Alagha also completed the U.S. Crisis Intake form. While they have been approved by the U.S. government to leave Gaza, their names still have not been added to the Exit List, so they are unable to leave.  They are sheltering in place with 30 other people.  They cannot leave the shelter for food or water because they have been shot at and have witnessed people being killed in the streets.  Without access to food and water, they are now facing starvation.  On December 11 an airstrike demolished the home directly in front of their shelter. The windows and glass in their shelter exploded and their shelter was filled with smoke and rubble. Airstrikes continue to target the surrounding homes and they live in constant fear.  Plaintiff Hashem has a broken leg that has not healed properly and he cannot seek medical treatment. Plaintiff Borak has had two stomach surgeries in the past year and is likewise unable to seek treatment.  Their communication with the outside world is growing more limited and their circumstances becoming increasingly dire.  Young men of Plaintiffs age are being dragged into the street, stripped naked, and shot dead by IDF soldiers.  See **Exhibit B**.

29.     Plaintiffs' family members continue to contact their elected representatives and the State Department officials to no avail.  See **Exhibit C**.

10

30. While claiming evacuations from Gaza are impossible, the State Department has arranged evacuations by air and sea for U.S. citizens in Israel who want to evacuate.

31. The United States has influence over the state of Israel (which is commonly referred to as 'the United States greatest ally') and, therefore, over the Israeli Defense Forces. The United States also provides billions of dollars of foreign aid to Israel which it can condition upon the safe return of its citizens.

32. The mass destruction and death in Gaza is currently being perpetrated by Israel, and it would be logical for the United States to demand that Israel allow U.S. Citizens in Gaza to escape through the border with Israel, on boats, or in certain safe zones in Gaza designated by Israel.

33. Similarly, the United States has great influence over the Egyptian government and could easily ensure that the United States citizens in Gaza were able to flee through the Egyptian-Israeli border as the United States also provides tremendous financial support to Egypt which, again, can be conditioned upon the safe return of its citizens.

34. The United States has not done, and does not plan to do, any of the above. What other purpose does foreign aid serve other than the advancement of American interests abroad? What higher interest does any government have than the safety and protection of its citizens?

**CLAIMS FOR RELIEF**
**COUNT I: DENIAL OF EQUAL PROTECTION**
**(5th Amendment and 42 U.S.C 1983)**

35. Plaintiffs reassert paragraphs 1-34 inclusive as if fully set forth herein.

36. Plaintiffs are members of the protected class of Palestinian Americans. They are members of the protected class of Muslim Americans.

11

37. Plaintiffs are similarly situated to other U.S. Citizens that have received evacuation services from the very same war zone in which they now find themselves trapped with no means of escape.

38. Plaintiffs are being refused entry at the Egyptian border because they have not had their names added to the Exit List.

39. The United States is currently evacuating United States citizen of different ethnic and religious backgrounds from the same region.

40. Plaintiffs are also similarly situated to U.S. Citizens who, on numerous previous occasions listed above, were evacuated from other war zones and places of other similar human catastrophes.

41. The disparate treatment set forth above has impermissibly infringed upon Plaintiffs' fundamental rights to life and liberty protected by the United States Constitution.

42. The disparate treatment set forth above is not necessary to serve the only compelling governmental interest at stake here which is to protect the safety and well-being of its citizens.

43. Defendants Blinken and Austin are state actors acting under color of law in the performance of their official duties.

### COUNT II: DEFENSE AND STATE DEPARTMENTS' VIOLATION OF THE ADMINISTRATIVE PROCEDURES ACT, 5 U.S.C. 706(2)(A) ("APA") ARBITRARY AND CAPRICIOUS ACTION

44. Plaintiffs incorporate and reallege paragraphs 1-43 inclusive as if fully set forth herein.

12

45. Pursuant to the APA, Plaintiffs are entitled to judicial review from this Court of the State Department's refusal to coordinate evacuation efforts, processes, and/or procedures of U.S. citizens from Gaza. Plaintiffs have suffered a legal wrong because of agency action, or have been adversely affected or aggrieved by agency inaction.

46. Pursuant to the APA 5 U.S.C. § 704, Plaintiffs are entitled to judicial review by this Court of the Department of State's final agency action to not evacuate United States citizens from Gaza because Plaintiffs have no other adequate remedy at law.

47. Defendants are in violation of the APA, 5 U.S.C. § 706 because Defendants unlawfully withheld and/or unreasonably delayed agency action to which Plaintiff is entitled, the Defendants have taken action that is arbitrary and capricious and an abuse of discretion and not in accordance with law, and the Defendants have failed to provide through direct military assistance or contracting with commercial entities the necessary equipment, ships, airplanes, and other items that are available to Defendants to insure the security, safety, and well-being of U.S. citizens.

48. As a result of Defendants' violations of the APA, the Plaintiffs have been deprived of a swift, accommodating, and reasonable evacuation from Gaza, Palestine. Plaintiffs continue to suffer extreme mental and physical trauma and hardship, and risk of imminent death, that is a result of waiting for the Defendants to protect them and evacuate them to safety.

## COUNT III
### (INJUNCTIVE RELIEF)

49. Plaintiffs incorporate and realleges paragraphs 1-48 inclusive as if fully set forth herein.

50. The State Department's highest responsibility is to protect U.S. citizens abroad in foreign nations.

51. The State Department failed to protect U.S. citizens such as Plaintiffs when it failed and or refused to include them in its existing plans to evacuate other classes from the same war region, despite the repeated pleas from Plaintiffs, their families and interested organizations.

52. The State Department failed to provide adequate notice to traveling U.S. citizens so that they could have left in advance of the escalation of war.

53. The State Department and Defense Department provided NO substantive means for Plaintiff U.S. citizens to leave the war zone or even communicate about their well-being.

54. Hundreds of similarly-situated Americans remain in the direct line of fire of a heavily armed military force with the stated purpose of attacking combatants whether or not they are located in proximity to civilian American citizens.

55. Defendants' inaction in failing to evacuate U.S. Citizens is the very definition of arbitrary and capricious, especially in light of their previous efforts under similar circumstances to keep traveling U.S. Citizens out of harm's way.

56. Absent an order from this Court compelling the Defendants to act and perform their sworn duties, Plaintiffs lives will remain in great peril.

57. Unless immediately restrained by this Court from their refusal to act, the Defendants' failure to protect U.S. citizens where it has the ability to do so, Plaintiffs will suffer great and irreparable harm, including the loss of life. Plaintiffs have no adequate remedy at law and seek this Court's protection.

58.     The Defendants' conduct is causing irreparable harm and injury to vulnerable U.S. citizens who are now under constant bombardment by modern weapons of war that do not discriminate between civilians and combatants. There is no realistic means for U.S. Citizens to safely leave Gaza, Palestine without the Defendants' support and assistance.

## RELIEF REQUESTED

WHEREFORE, Plaintiffs request that injunctive relief be granted and judgment entered in favor of Plaintiffs and against Defendants, requiring that:

A. The Defendants use all available means to ensure that Plaintiffs names are promptly added to the Exit List;

B. The Defendants use all resources at their disposal that are necessary and available, including but not limited to deployment of military ships, vessels and airplanes and/or contracting with private commercial ship liners and airline carriers to evacuate Plaintiffs and other U.S. citizens from Gaza and return them safely to the United States or another nation outside of the warzone in the most expeditious manner available; and

C. Declare the Defendants' inaction in failing to evacuate Plaintiffs and other U.S. citizens from Gaza as arbitrary and capricious and violative of the statutory and constitutional provisions set forth herein.

Respectfully submitted,

  */s/ Jennifer E. Nimer*
JENNIFER E. NIMER (OH Bar# 0079475)
NIMER LAW LLC
6500 Emerald Pkwy, Suite 100
Dublin, OH 43016
Tel: 614.927.0550
Fax: 614.927.0270
jnimer@nimerlaw.com

15

*MARIA KARI (TX Bar# 24127161)
LAW OFFICE OF MARIA KARI
7100 Regency Sq Blvd, Suite 290
Houston, TX 77036
Tel: 205-862-8005
Email: info@mariakari.org

***COUNSEL FOR PLAINTIFFS***

\* *Motion Pro Hac Vice forthcoming*