## DECLARATION OF SUSAN ABDELSALAM

I declare under penalty of perjury that the foregoing is true and correct:

1. My name is Susan Abdelsalam. I live in Fishers, Indiana. Before I retired, I ran a tutoring center.

2. My husband is Ramadan Muhammed Abdelsalam. He is a Civil Engineer and retired around four years ago.

3. Ramadan and I have three beautiful sons. Our eldest, Muhammad, was just married in the summer in Pennsylvania in a beautiful outdoor wedding. His wife and him live and work in Clearwater, Florida and plan to begin their own business soon. Our second son, Rami, lives with us and works for IKEA. Rami has always been a tremendous source of support, but, in this very difficult time for our family, he has been extra supportive. With Ramadan trapped in Gaza and not home with me, my son Rami has been trying to fill the void and by supporting me emotionally and mentally. Our youngest son, Nabil, got married about a year and half ago and lives in Illinois. Nabil works for a Logistics Company while his wife works in a bank and also as a hairdresser. Ramadan and I are expecting grandchildren very soon.

4. On September 23, 2023, my husband Ramadan traveled to Gaza to see his sisters, one of whom is very sick. It had been fourteen years since Ramadan had seen his sisters Noel, Tamam and Hiyam. Ramadan was scheduled to return to the United States on November 5, 2023.

5. Since October 7 when the Israel-Hamas war started, my husband Ramadan is one of many American citizens who are stuck in Gaza.

6. Ramadan is currently sheltering at his sister Hannan's home in Central Gaza. Since the start of the war, he has been forced to evacuate three times. To the best of my knowledge, there are around twelve other people staying in this shelter, including children.

7. Ramadan has diabetes and high blood pressure. He only took enough medication for the duration of his stay and, at this point, he has run out of medication to treat his illnesses.

8. When the conflict began, we were hopeful and confident that the United States government would ensure the safe evacuation of U.S. citizens including Ramadan because we were seeing on the news that Israeli-Americans were receiving assistance from the U.S. Government to return back to the U.S. We wrongly assumed that all Ramadan would have to do is take his American passport to the Rafah border so that he could cross and return back home to us.

9. Since the start of the war, Ramdan has tried to leave Gaza at least three times. However, each time, he was told that he needs to have a "number" to leave. I believe that they were referring to the Exit List which has a number beside a person's name.

10. At the start of the conflict, I filled out the Crisis Intake Form. On **October 31, 2023**, I called the U.S. Department of State. I was told that the Exit List of who can cross the Rafah Border is not in their control.

11. About two to three times a week, I contact Congresswoman Victoria Sparks' office to ask for assistance.

12. To date, my pleas to Congresswoman Sparks' office and the Department of State have fallen on deaf ears. To be sure, I have received words of condolence and platitudes. But these words have not been followed up with absolutely no action. I cannot believe that my own elected representatives claim to be powerless to help us.

13. At present, I am living in constant fear about what it may mean when my husband Ramadan is not able to contact me. I worry all the time that he will join the growing list of the dead in Gaza. I watch with horror each day as I see more and more news reports of the unspeakable atrocities being inflicted on innocent people in Gaza.

14. I feel betrayed by my government, the U.S. Government. I do not know whether my husband will return home safely. I only want him to come home safe.

15. I implore that the U.S. Government follows through on its obligation to prioritize the safety and well-being of all Americans, including my husband, who are trapped inside Palestine. I ask this Honorable Court to grant an Order demanding that Defendants provide immediate assistance in safeguarding the life of my husband and facilitating his exit from Gaza.

Signed under the penalty of perjury on this 12 day of December, 2023 at Fishers, Indiana.

_Susan Abdelsalam_
Susan Abdelsalam

EXHIBIT A, p 2 of 2