# DECLARATION OF YASMEEN ELAGHA

1. My name is Yasmeen Elagha. I am a 27 year-old Palestinian-American and resident of Chicago, Illinois. I am currently a third-year law student at Northwestern University Law School and plan to pursue a career in litigation after graduation.

2. My cousins, Borak Ahmed Alagha and Hashem Ahmed Alagha, along with their immediate family, including parents (Ahmed Alagha and Samar Alagha), siblings (Yaman Alagha, Rayyan Alagha, and Toka Alagha), grandparents (Hashem Alagha and Bahader Alagha) and uncle (Maen Alagha) are currently trapped in Gaza.

3. My cousins, Borak and Hashem, are both U.S. Citizens. They live in Khan Younis with their family, where they study engineering at the Islamic University of Gaza.

4. My grandparents (Hashem Alagha and Bahader Alagha) are the parents and first-degree relatives of my father, Hatem Hashem Elagha, who is a U.S. citizen residing in Chicago, Illinois. My uncles (Ahmed Alagha and Maen Alagha) are the brothers and first-degree relatives of my father.

5. I last saw my cousins when I visited them in December 2022. We planned for them to travel to Chicago this winter, and I was so excited for their visit. Now, they are trapped in Gaza and unable to leave their homes, let alone the country, without help from the U.S.

6. On December 5th, 2023, my cousins and their immediate family members fled their home in Khan Younis because they feared for their lives from continuous aerial bombardments surrounding their home. They also feared for their lives from army tanks surrounding Khan Younis that target civilians.

7. At present, my cousins and their immediate family members are sheltering in place in Al-Mawasi, a neighborhood in west Khan Younis. There are 30 people sheltering in their shelter. The shelter only contains two bedrooms. Due to the small size of the shelter, Hashem, Borak, and their father sleep on the kitchen floor.

8. According to the U.S. Government's instructions, my cousins registered via the Crisis Intake Form.

9. On December 7th, 2023, the U.S. Government approved Borak and Hashem, along with their immediate family, including parents (Ahmed Alagha and Samar Alagha), siblings (Yaman Alagha, Rayyan Alagha, and Toka Alagha), grandparents (Hashem Alagha and Bahader Alagha) and uncle (Maen Alagha), for evacuation from Gaza. But all 10 family members, including Borak and Hashem, continue to be trapped in Gaza because their names have not been added to the Exit List by the Israeli and Egyptian governments.

10. Since fleeing to Al-Mawasi, my cousins and their immediate family members have been in grave danger. They continue to experience airstrikes all around their shelter. Their neighborhood is also surrounded by army tanks.

11. On December 9th, 2023, Borak and his mother left their shelter to purchase groceries. On their way, an army tank shot at them and others around them. Several passersby were killed, which Borak and his mother witnessed. Borak and his mother fled back to their shelter. Since, neither Borak nor any of his immediate family members have left their shelter for any reason.

12. Because none of my cousins or immediate family members can safely leave their shelter, they do not have access to food and water. Their stored supply of food and water will only last them a few days, after which they will face starvation.

13. On December 11th, 2023, an airstrike demolished the home immediately in front of their shelter. All the windows and glass in their shelter shattered. The doors of their shelter blew up. Their shelter filled with smoke and rubble from the explosion. Other parts of the inside of their shelter were destroyed. Airstrikes continue to target homes surrounding their shelter.

14. Recently, young men the same ages as my cousins in Gaza, including in Khan Younis, have been forcefully dragged into the street, stripped naked, and shot publicly. My cousins Hashem and Borak are young men. They are in immediate danger of being subjected to this life-threatening treatment.

15. My cousins and their immediate family members have significant health concerns for which they are being deprived of necessary medications and treatment due to the ongoing violence and unavailability of medication and medical services. Without proper medication and care, they are at risk of physical and mental deterioration, and for some, imminent death.

16. My cousin, Hashem, has a broken leg that has not healed properly since the war started. He tells me that his broken leg is extremely swollen and painful. He is unable to seek medical attention because of the lack of medical services in Gaza since the conflict began. He is also 70% blind in one of his eyes, which causes him severe migraines. He requires eye drop medication for his condition and medication for his migraines, neither of which are available in Gaza now.

17. My cousin, Borak, has had two stomach surgeries within the past year. His wounds have not healed properly and he requires immediate medical attention. He is unable to receive follow-up treatment because of the unavailability of medical services due to ongoing violence and lack of medical services or medication in Gaza.

18. Our grandparents, Hashem and Bahader, both have diabetes, and our grandmother has high blood pressure. Both have run out of their medication completely, and it is no longer available in Gaza. Without it, they are at high risk of death. Additionally, our uncle, Maen,

has a severe mental disability and requires a caretaker around the clock and medication in order for him to be functional at even an elementary level. Borak and Hashem are his primary caretakers. Maen has run out of his medication and it is no longer available in Gaza.

19. My injured, elderly, and disabled family members will barely survive the trip to Rafah once, let alone numerous times, and cannot risk attempting to cross without a confirmed appearance of their names on the Exit List.

20. It is very difficult for my cousins and family to get to the Rafah border. The army tanks surrounding Al-Mawasi threaten to close the only road to Rafah in the coming days. If the road to Rafah is closed, my cousins and family can only access Rafah by foot, which is exceedingly difficult given Hashem's foot injury which bounds him to a wheelchair, Borak's health condition which restricts his mobility, my grandmother's health condition and old age which bound her to a wheelchair, my grandfather's health condition and old age which severely restrict his mobility, and my uncle's mental disability which severely restricts his mobility.

21. At this point, most of the roads in Gaza have been destroyed by Israeli bombing and it is impossible to find a vehicle to transport my cousins and family to the Rafah Border. My cousins have limited access to gasoline. The trip to Rafah is also extremely dangerous because they are surrounded by tanks, and in the event of a bomb raid, there is truly no way for my family members to seek shelter. If they are denied entry through Rafah, they will have no place to shelter nor have the ability to make it back to Al-Mawasi.

22. Before the war and even at the beginning of the conflict, I was able to speak with my cousins daily. Now I am only able to speak with them when they have service or cellular or Internet connection. In those moments, I speak to them through WhatsApp messaging and audio calls.

23. On the days Gaza's electricity was cut off, we lost total contact with my cousins and family for almost two days. I do not have words to describe the fear and helplessness I felt in those days. There was no way for me to know if they were even alive. At times, I believed they were dead and agonized over their loss.

24. At present, I live in constant fear of what it means if I am not able to get in contact with my cousins. I worry all the time that they will join the growing list of casualties, as their lives are in active and immediate danger.

25. At the start of this conflict, we had hope. I was confident that because my cousins are American citizens, it was only a matter of time until they and their family returned home safely.

26. Now, I feel betrayed by the U.S. Government. I do not know whether my cousins will return to the United States safely. I only want them to be safe.

27. Since Tuesday, December 5th, I have done everything in my power to contact the State Department on my cousins' behalf. I have contacted them more than 30 times, including through at least 15 emails to U.S. State Department officials and the Task Force. I have spoken with the State Department Emergency Hotline seven times, the U.S. Embassy in Jerusalem at least five times, the U.S. Embassy in Tel Aviv at least three times, and the U.S. Embassy in Cairo at least three times. I have also spoken with an internal State Department official to plead for the safe return of my family members.

28. In these communications, I have highlighted the fact that young men the same age as my cousins were being dragged into the street, stripped naked, and shot dead by IDF soldiers. I also highlighted the fact that civilians in the same areas my cousins and their family live in were being bombarded from every direction.

29. Additionally, I have contacted my congressional representative seven times and spoken with several attorneys and legal organizations.

30. My pleas are falling on deaf ears. I have only received words of condolence and platitudes followed up with no action.

31. I ask that the U.S. Government follow through on its obligation to prioritize the safety and well-being of Americans who are trapped inside Palestine. I ask this Honorable Court to grant an Order demanding that Defendants provide immediate assistance in safeguarding the lives of my cousins and U.S. citizens Borak Ahmed Alagha and Hashem Ahmed Alagha, along with their immediate family, including parents (Ahmed Alagha and Samar Alagha), siblings (Yaman Alagha, Rayyan Alagha, and Toka Alagha), grandparents (Hashem Alagha and Bahader Alagha) and uncle (Maen Alagha). I emphasize the imperative nature of the approval of all ten family members' evacuation together. Hashem and Borak are the backbone of their family. None of their family members will survive without them.

Signed under the penalty of perjury this 12 day of December, 2023 at Chicago, Illinois.

_____
YASMEEN ELAGHA

EXHIBIT B, p 4 of 4