**From:** Task Force Team <cacms@state.gov>
**Date:** November 27, 2023 at 10:04:08 AM EST
**To:** SOOZI33@gmail.com
**Subject: Re: Rafah Crossing Information**

Hello Susan,

To the best of our knowledge, names have to be on the list to go through the Rafah crossing even during the ceasefire. Please continue monitoring the list.

Once his name is published on the official, online crossing list (https://www.facebook.com/GAFC.MOI?mibextid=JRoKGi) , he should be permitted to exit Gaza and enter Egypt on any day as long as the crossing is open.

Unfortunately, we do not control the border or who will be on the list of people allowed into Egypt, but we are continuing to advocate for U.S. citizens, LPRs, and their immediate family members to depart Gaza via Rafah.

Sincerely,

Consular Affairs
U.S. Department of State

--------------- Original Message ---------------
**From:** Gmail [soozi33@gmail.com]
**Sent:** 11/27/2023, 6:30 AM
**To:** cacms@state.gov
**Subject:** Re: Rafah Crossing Information

Department of State,
Please, my husband is still in Gaza. There hasn't been a list published for several days. He is out of all medication, he doesn't have the right clothing for the cold weather. Please help him get out of Gaza?
Do you still
Have to have your name on a list to go through the Rafah crossing? It looks like with the ceasefire you could cross like you would normally do without war. Please, please help him come home. I'm sick and I need him. Thank you
Susan Abdelsalam

His name is Ramadan M Abdelsalam

1

**EXHIBIT C, p 1 of 11**

On Nov 15, 2023, at 7:53?AM, Task Force Team <cacms@state.gov> wrote:

Dear Susan,

We understand it's a difficult and scary situation right now.  As mentioned earlier, the list of names approved for crossing is not under US government control. We are continuing to monitor your spouse's case, and we are doing our best to get Amcits and their families out of Gaza.

Please do check the list posted on Facebook by the Palestinian authorities daily. The page is https://www.facebook.com/GAFC.MOI.

We will update you once we have more information.

Respectfully,
Department of State

?

--------------- Original Message ---------------
**From:** Gmail [soozi33@gmail.com]
**Sent:** 11/15/2023, 6:11 AM
**To:** cacms@state.gov
**Subject:** Re: U.S. Embassy Cairo – Rafah Crossing Guidance

Dept of state,
Please can you tell me why my husbands name has still not been added to the list? It is so disappointing the look at this list daily and he is not there. He is now out of his medicine and needs to get home. Please double check and make sure his name has been submitted. His name: Ramadan M Abdelsalam
Thank you
Susan Abdelsalam

> On Nov 8, 2023, at 10:09 AM, Task Force Team <cacms@state.gov> wrote:
>
> ?

Dear Susan,

The list of names approved for crossing is not under US government control. We are monitoring your spouse's case, and we are doing our best to get Amcits and their families out of Gaza.

Please do check the list posted on Facebook by the Palestinian authorities daily. The page is https://www.facebook.com/GAFC.MOI.

We will update you once we have more information.

Thank you,

Department of State
CA CMS team


--------------- Original Message ---------------
**From:** Susan Abdelsalam [soozi33@gmail.com]
**Sent:** 11/8/2023, 7:01 AM
**To:** cacms@state.gov
**Subject:** Re: U.S. Embassy Cairo – Rafah Crossing Guidance

Task Force Team,
I am beyond frustrated. My husbands name has still not been put on the list to leave Gaza. Is it because President Biden won't ask for a cease fire? I think that is the only way the American citizens lives are going to be saved in this war. Everyday that my husband remains in Gaza is another day that a bomb might be dropped on his head. Is this right ,not to save all the American citizens? The prime minister of Israel will not stop with this killing rampage unless the President forces him to and I know he can. Please ask for a cease fire.
Susan Abdelsalam

Sent from my iPad

3

On Nov 7, 2023, at 7:20 AM, Task Force Team <cacms@state.gov> wrote:

?

Dear Susan,

Thank you for calling Consular Affairs today. I recognize you are in a super difficult situation, and I want to assure you that we are doing everything we can to help American citizens in Gaza safely get home.

Unfortunately, no US citizens were listed on the most recent list published today. However, once your husband, Ramadan Abdelsalam, has been put on the list, we will send you an email to let you know.

As we discussed, I would also recommend checking the list posted on Facebook by the Palestinian authorities daily. The page is https://www.facebook.com/GAFC.MOI.

We will update you once we have more information.

Respectfully,

US Department of State

--------------- Original Message ---------------
**From:** Susan Abdelsalam [soozi33@gmail.com]
**Sent:** 11/7/2023, 6:07 AM
**To:** cacms@state.gov
**Subject:** Re: U.S. Embassy Cairo – Rafah Crossing Guidance

I have been checking the list for November 7 ,2023 . There is not a list for the United States. Where is it at? How will my husband get the notice when to go to the border when there is not internet?  This concerns me. His name is Ramadan Abdelsalam.
Susan Abdelsalam

Sent from my iPad

On Nov 5, 2023, at 8:36 PM, Task Force Team <cacms@state.gov> wrote:

?

Dear Susan,

Thank you for this update. We understand how difficult and scary this situation is. We are requesting his name to be on the list, and are monitoring for when the new daily list may be published. We will be in contact as soon as we have information.

The U.S. government continues to make every effort to allow U.S. citizens and their immediate family members to depart Gaza via the Rafah border crossing. We expect exits to continue over the next several days.  We will not stop working to get U.S. citizens and their family members out as safely as possible.

Thank you,

4

Consular Affairs
U.S. Department of State

--------------- Original Message ---------------
**From:** Susan Abdelsalam [soozi33@gmail.com]
**Sent:** 11/5/2023, 7:03 PM
**To:** cacms@state.gov
**Subject:** Re: U.S. Embassy Cairo – Rafah Crossing Guidance

This is Ramadan Abdelsalam's wife. He is located in central Gaza in Maghazi. Please get his name on the list? I am answering because I do not think there is internet in Gaza.
Susan Abdelsalam

Sent from my iPad

> On Nov 5, 2023, at 5:39 PM, Task Force Team <cacms@state.gov> wrote:
>
> ?

Dear Mr. Abdelsalam,

We are reaching out to find out your current location. Where are you currently located? We are requesting your name to be on the list permitted to cross into Egypt. We are monitoring for when the next list will be published and we will continue to be in contact.

The U.S. government continues to make every effort to allow U.S. citizens and their immediate family members to depart Gaza via the Rafah border crossing. We expect exits to continue over the next several days.  We will not stop working to get U.S. citizens and their family members out as safely as possible.

Thank you,

Consular Affairs
U.S. Department of State

--------------- Original Message ---------------
**From:** Task Force Team [cacms@state.gov]
**Sent:** 11/4/2023, 4:09 PM
**To:** rabdelsalam@gmail.com
**Subject:** RE: U.S. Embassy Cairo – Rafah Crossing Guidance

Dear Mr. Abdelsalam,

We expect exits to continue over the next several days. We will not stop working to get U.S. citizens and their family members out as safely as possible.

- If your name and the names of your immediate family members are on a future list, please go to the Rafah crossing on the appropriate day.  Please bring your U.S. passports and other valid travel documents.  You should be prepared to wait in long lines.

- Egyptian authorities may require children 10 and under to be vaccinated against Polio and MMR (measles, mumps, and rubella combination vaccine). They will provide the vaccines at the border.
- You might be asked to pay an exit or a visa fee. We are working on this issue, please proceed to the border even if you do not have the money to pay the fees.
  - Per Egyptian law, you will be subject to a $35 visa fee upon entry as well as other fees related to border crossing. We understand the fee must be paid in cash in U.S. dollars.

Regards,
U.S. Department of State


--------------- Original Message ---------------
**From:** DOS Consular Affairs [cacms@state.gov]
**Sent:** 11/2/2023, 10:54 AM
**To:** rabdelsalam@gmail.com
**Subject:** U.S. Embassy Cairo – Rafah Crossing Guidance

You are receiving this message because you requested assistance through the Department of State crisis intake form for U.S. citizens in Gaza. You may reply to this email.

U.S. citizens entering Egypt at Rafah should expect long waits and large crowds when passing through border checkpoints and Egyptian immigration controls. While access to the area may be limited, the U.S. Embassy plans to have personnel present near the border to assist arriving U.S. citizens. Per Egyptian law, you will be subject to a $35 visa fee upon entry as well as other fees related to border crossing. We understand the fee must be paid in cash in U.S. dollars. We advise travelers to carry sufficient cash to cover fees for all members of their party.

The U.S. Embassy will provide transportation from Rafah to the Semiramis Intercontinental hotel in Cairo, please look out for Embassy staff for assistance. This reception site is located near the U.S. Embassy, public transportation hubs, the Cairo International Airport, various stores, pharmacies, and restaurants. If you need assistance, please visit the reception site at the Intercontinental Semiramis Hotel, do not proceed to the U.S. Embassy directly. If you do not need assistance, you do not need to check in at the reception site or the U.S. Embassy in Cairo.

<u>U.S. citizens will be admitted into Egypt for 72 hours.</u> We encourage you to promptly make onward travel arrangements. Local transport options including buses, metro, and taxis are widely available in Cairo. The Cairo International Airport has daily flights to international destinations.

If you are not located in Gaza or you do not plan to depart Gaza, please respond to this message.

Assistance:

U.S. Embassy Cairo
5 Tawfik Diab St, Qasr Ad Dobarah, Qasr El Nil, Cairo Governorate 11451, Egypt
+20 2 27973300

CairoACSRafah@state.gov
https://eg.usembassy.gov

State Department – Consular Affairs
1-833-890-9595 (U.S. toll free) and 606-641-0131 (U.S.)

Egypt Country Information, https://travel.state.gov/content/travel/en/international-travel/International-Travel-Country-Information-Pages/Egypt.html

Enroll in Smart Traveler Enrollment Program (STEP) to receive Alerts. http://step.state.gov

[ image0.png (image/png) ]

<image0.png>

7

Congressional Affairs Unit Chief

Office of Public and Congressional Affairs

Bureau of Consular Affairs

Department of State

**From:** Yasmeen Elagha <elagha.yasmeen@gmail.com>
**Sent:** Sunday, December 10, 2023 3:34 PM
**To:** Bajjalieh, Cynthia (Durbin) <Cynthia_Bajjalieh@durbin.senate.gov>; Dodin, Reema (Schatz) <Reema_Dodin@schatz.senate.gov>
**Subject:** Re: FW: Gaza Evacuaees

Hi Cynthia,

Thanks for the resources. What can Sen Dick Durbin's office do to push for my family to be evacuated? They have been approved to leave and still haven't been allowed to evacuate. What can Sen Dick Durbin's office do to make sure Chicago-born American citizens are safely evacuated as soon as possible? Thanks.

Yasmeen

On Thu, Dec 7, 2023 at 2:41 PM Bajjalieh, Cynthia (Durbin) <Cynthia_Bajjalieh@durbin.senate.gov> wrote:

> Yasmeen,
>
> I am not aware of any assistance in transport to Rafah.  The most updated crossing list is available via the Palestinian Customs Authority: https://www.facebook.com/GAFC.MOI
>
> Kind Regards,
>
> Cynthia

3

Cynthia Bajjalieh

Director of Constituent Services

Office of US Senator Richard J Durbin

230 S. Dearborn Suite 3892 Chicago, IL 60604

phone 312.353.4952

**From:** Yasmeen Elagha <elagha.yasmeen@gmail.com>
**Sent:** Thursday, December 7, 2023 2:15 PM
**To:** Bajjalieh, Cynthia (Durbin) <Cynthia_Bajjalieh@durbin.senate.gov>
**Cc:** Dodin, Reema (Schatz) <Reema_Dodin@schatz.senate.gov>
**Subject:** Re: FW: Gaza Evacuaees

Thanks so much, Cynthia. Any assistance in terms of getting my family members on the list (they have been approved to be on the list but no confirmation for when they will show up on it) and in terms of arranging their safe transport to the Rafah border crossing is much, much appreciated.

Best,

Yasmeen

On Thu, Dec 7, 2023 at 2:12 PM Bajjalieh, Cynthia (Durbin) <Cynthia_Bajjalieh@durbin.senate.gov> wrote:

> Yasmeen,
>
> I understand the situation is extremely urgent and heartbreaking.
>
> I am sorry that I am not able to provide immediate action, but must rely on the Department of State to assist.
>
> I will let you know when I have any type of update.
>
> Kind Regards,
>
> Cynthia

4

Cynthia Bajjalieh

Director of Constituent Services

Office of US Senator Richard J Durbin

230 S. Dearborn Suite 3892 Chicago, IL 60604

phone 312.353.4952

**From:** Yasmeen Elagha <elagha.yasmeen@gmail.com>
**Sent:** Thursday, December 7, 2023 1:57 PM
**To:** Bajjalieh, Cynthia (Durbin) <Cynthia_Bajjalieh@durbin.senate.gov>
**Cc:** Dodin, Reema (Schatz) <Reema_Dodin@schatz.senate.gov>
**Subject:** Re: FW: Gaza Evacuaees

Hi Cynthia,

Following up on this. The request is very, very urgent. My family is currently surrounded by tanks in Khan Younis and have no way out. Young men are being dragged into the street, stripped naked, and shot publicly. My family is in immediate, extreme danger. This request is of the utmost urgency.

The US State Department approved their evacuation from Gaza, and we are waiting for their names to be put on the roster of those approved to exit. But they have no way to make it from Khan Younis to Rafah, as they are surrounded by tanks. They need a Red Cross vehicle or any official non-civilian vehicle to transport them to the Rafah border. Please let me know if there is anything you can do to assist their transportation and evacuation. This is a life or death situation, and your support can save their lives.

Best,

Yasmeen

5

On Wed, Dec 6, 2023 at 3:44 PM Yasmeen Elagha <elagha.yasmeen@gmail.com> wrote:

Hi Cynthia,

Thanks so much for your promptness. Yes, the Crisis Intake Forms have been completed by both Hashem Ahmed Alagha and Borak Alagha, who are the U.S. citizens in Gaza, in addition to Hatem Elagha, who is my father and a U.S. citizen based in Chicago as a plea to get his family out.

Below is the passport number information for the U.S. citizens:

Borak Alagha (U.S. citizen trapped in Gaza): 485030946

Hashem Ahmed Alagha (U.S. citizen trapped in Gaza): 485030947

Hatem Elagha (U.S. citizen based in Chicago): 567242020

A local contact number for them is (630) 456-8869. This is my personal cell phone number. Please feel free to contact me at any time at this number.

Best,

Yasmeen