AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| Ramadan Muhammed Abdelsalem et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-02233 |
| Antony J. Blinken et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Ramadan Muhammed Abdelsalem, Borak Ahmed Alagha, and Hashem Ahmed Alagha.

Date:     12/13/2023

/s/ Jennifer E. Nimer
*Attorney's signature*

Jennifer E. Nimer (Ohio Bar# 0079475)
*Printed name and bar number*

Nimer Law LLC
6500 Emerald Pkwy, Suite 100
Dublin, OH 43016

*Address*

jnimer@nimerlaw.com
*E-mail address*

(614) 927-0270
*Telephone number*

(614) 927-0550
*FAX number*