UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RAMADAN MUHAMMED ABDELSALEM; BORAK AHMED ALAGHA; and HASHEM AHMED ALAGHA<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY J. BLINKEN, in his official Capacity as U.S. Secretary of State; LLOYD J. AUSTIN III, in his official Capacity as U.S. Secretary of Defense<br><br>Defendants. | 1:23-cv-02233-TWP-MKK |

**JOINT MOTION TO STAY PROCEEDINGS**

The Parties, through undersigned counsel, respectfully move the Court to stay all proceedings and deadlines while Plaintiffs prepare an amended complaint. The Parties propose to report back to the Court no later than March 7, 2024, regarding the status of the case. In support of this motion, the Parties state as follows:

1.  Plaintiffs Ramadan Muhammed Abdelsalem, Borak Ahmed Alagha, and Hashem Alagha filed their Complaint on December 13, 2023. *See* Compl., ECF No. 1. Plaintiffs allege that they are U.S. citizens who, at the time the Complaint was filed, were trapped in the Gaza Strip. *Id*. ¶ 3, 12 & 13. Plaintiffs brought this suit to compel Defendants, U.S. Secretary of State Antony J. Blinken and U.S. Secretary of Defense, Lloyd J. Austin III, "to initiate evacuation efforts" or otherwise secure Plaintiffs' departure from Gaza. *Id*. ¶ 8.

2.  Plaintiffs served the U.S. Attorney's Office for the Southern District of Indiana on December 15, 2023. Pursuant to Fed. R. Civ. P. 12(a)(3), Defendants' deadline to serve a responsive pleading or otherwise respond to the Complaint is February 13, 2024.

3.  However, Plaintiffs' counsel have indicated that Plaintiffs intend to file an amended complaint due to changed circumstances, and that they need additional time to do so. The parties agree that it would be inefficient for Defendants to respond to the Complaint while Plaintiffs prepare their amended complaint. The parties propose to report back to the Court no later than March 7, 2024, regarding the status of the case.

There is good cause for this motion. Prior to the filing of Plaintiffs' amended complaint, there is no need for the parties or the Court to expend resources related to motions practice that will be rendered moot by the amended complaint. Accordingly, the Parties respectfully request that the Court grant their Joint Motion to Stay Proceedings. A proposed order is attached.

Dated: February 8, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

DIANE KELLEHER
Assistant Branch Director
Federal Programs Branch

JEAN LIN
Special Litigation Counsel

*/s/ Jonathan D. Kossak*
JONATHAN D. KOSSAK
Trial Attorney (DC Bar No. 991478)
U.S. Dep't of Justice, Federal Programs Branch
1100 L Street, N.W., Washington, DC 20530
Tel: (202) 305-0612
Email: jonathan.kossak@usdoj.gov

*Counsel for Defendants*

/s/ Jennifer E. Nimer
JENNIFER E. NIMER (OH Bar# 0079475)
NIMER LAW LLC
6500 Emerald Pkwy, Suite 100
Dublin, OH 43016
Tel: 614.927.0550
Fax: 614.927.0270
jnimer@nimerlaw.com

*MARIA KARI (TX Bar# 24127161)
LAW OFFICE OF MARIA KARI
7100 Regency Sq Blvd, Suite 290
Houston, TX 77036
Tel: 205-862-8005
Email: info@mariakari.org

*Counsel for Plaintiffs*
* *Motion Pro Hac Vice forthcoming*