# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| RAMADAN MUHAMMED ABDELSALEM; BORAK AHMED ALAGHA; and HASHEM AHMED ALAGHA | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | 1:23-cv-02233-TWP-MKK |
| ANTONY J. BLINKEN, in his official Capacity as U.S. Secretary of State; LLOYD J. AUSTIN III, in his official Capacity as U.S. Secretary of Defense | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] ORDER

Upon consideration of the Parties' Joint Motion to Stay Proceedings, it is this _____ day of February 2024, **ORDERED** that the Motion is **GRANTED**. All case deadlines in this matter are stayed until further order of the Court. The parties shall report back to the Court no later than March 7, 2024, regarding the status of this case.

**SO ORDERED**.

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana