# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

|  |  |
|---|---|
| RAMADAN MUHAMMED ABDELSALEM; BORAK AHMED ALAGHA; and HASHEM AHMED ALAGHA,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ANTONY J. BLINKEN, in his official Capacity as U.S. Secretary of State; LLOYD J. AUSTIN III, in his official Capacity as U.S. Secretary of Defense<br><br>　　　　　　Defendants. | 1:23-cv-02233-TWP-MKK |

## ORDER

Upon consideration of the Parties' Joint Motion to Stay Proceedings, it is this 9th day of February 2024, **ORDERED** that the Motion is **GRANTED**. All case deadlines in this matter are stayed until further order of the Court. The parties shall report back to the Court no later than March 7, 2024, regarding the status of this case.

　　**SO ORDERED**.

Date: 2/9/2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Tanya Walton Pratt, Chief Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF