<div align="center">

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

</div>

| | |
|---|---|
| RAMADAN ABDELSALEM et al , ) | |
| ) | |
| Plaintiffs, ) | CASE NO.: 1:23-cv-02233-TWP-MKK |
| ) | |
| v. ) | |
| ) | **NOTICE OF** |
| ANTONY BLINKEN et al, ) | **VOLUNTARY DISMISSAL** |
| ) | |
| Defendants. ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs and their counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against all Defendants.

<div style="margin-left: 50%;">

Respectfully submitted,

 /s/ Jennifer E. Nimer
JENNIFER E. NIMER (OH Bar# 0079475)
NIMER LAW LLC
6500 Emerald Pkwy, Suite 100
Dublin, OH 43016
614-927-0550
jnimer@nimerlaw.com

*Attorney for Plaintiffs*

</div>