IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Acknowledged**
TWP
February 13, 2024

| | | |
|---|---|---|
| RAMADAN ABDELSALEM et al, | ) | |
| Plaintiffs, | ) | CASE NO.: 1:23-cv-02233-TWP-MKK |
| v. | ) | |
| ANTONY BLINKEN et al, | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs and their counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against all Defendants.

Respectfully submitted,

_/s/ Jennifer E. Nimer_
JENNIFER E. NIMER (OH Bar# 0079475)
NIMER LAW LLC
6500 Emerald Pkwy, Suite 100
Dublin, OH 43016
614-927-0550
jnimer@nimerlaw.com

*Attorney for Plaintiffs*